**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seyfikoraeim Samad, | No. CV-25-03398-PHX-KML (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, | |
| Respondent. | |

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention has exceeded the statutory removal period and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 11.) The court directed respondents to respond to the petition. (Doc. 13.) Respondents' response stated:

> [U]ndersigned counsel has not been provided with any facts that could establish a significant likelihood of removal in the reasonably foreseeable future. Although ICE is seeking additional countries that may accept Petitioner, none have been identified as of yet. Accordingly, because the Government cannot meet its burden to establish that Petitioner's removal *is* likely in the reasonably foreseeable future, under *Zadvydas*, Petitioner is entitled to release.

(Doc. 16 at 2.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition.

/

/

Accordingly,

**IT IS ORDERED** petitioner's petition for writ of habeas corpus (Doc. 11) is granted.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within three business days of petitioner's release.

**IT IS FINALLY ORDERED** the clerk shall enter judgment in petitioner's favor and close this case.

Dated this 8th day of December, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge